UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH PETERSON, AMANDA CARLTON, REBECCA HIRSCH, MICHELE O'DELL, and PRASANNA RAMAKRISHNAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BSH HOME APPLIANCES CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-00543<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION AND MEMORANDUM OF LAW IN SUPPORT OF APPLCATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS
CASE NO. 2:23-cv-00543

This matter is before the Court on Plaintiffs' Unopposed Motion for Application for Attorneys' Fees, Costs, and Service Awards for Representative Plaintiffs. On June 13, 2024, the Court held a Final Approval Hearing to determine whether Settlement Class Counsel's request for fees was reasonable, and whether to award Settlement Class Counsel's costs as well as the requested Service Awards to Settlement Class Representatives.

**AND NOW**, this ____ day of _____, 2024, upon careful consideration of Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Application for Attorneys' Fees, Costs, and Service Awards for Representative Plaintiffs it is hereby **ORDERED** as follows:

### 1. Incorporation of Final Approval Order.

This Order incorporates by this reference all background and defined terms in Plaintiffs' [Proposed] Order Granting Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement.

### 2. Attorneys' Fees and Costs.

Settlement Class Counsel has not been paid for their extensive efforts or reimbursed for litigation costs and expenses incurred. Plaintiffs have requested $725,000 for attorneys' fees and costs, and service awards for Settlement Class Representative Plaintiffs. After deducting litigation costs of $32,272.30, and Service Awards of $2,500 for each Settlement Class Representative (for a total of $12,500), Settlement Class Counsel sought approval of $680,727.70 in fees. As detailed in Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Application for Attorneys' Fees, Costs and Service Awards to Representative Plaintiffs, and in Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement, this represents 34.01% of the $2,000,000 value of the Settlement, and a 1.04% lodestar multiplier. Given the facts of this case, the Court concludes that under either a percentage-of-the-recovery analysis, or the lodestar analysis, the requested fee award is reasonable and should be approved. Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Application for Attorneys' Fees, Costs, and Service Awards for Representative Plaintiffs is hereby **GRANTED** and the requested award of $32,272.30 in costs and $680,227.70 in attorneys' fees is approved.

### 3.    The Court Awards Service Awards to Representative Plaintiffs.

The Settlement Agreement provides $2,500 to each Class Representative as a Service Award for their dedication to this litigation. Plaintiffs devoted time in the oversight of, and participation in, the litigation on behalf of the Class. The Court finds that these awards are reasonable and should be approved, as the amounts are well within the range of awards customarily approved by Courts in the Ninth Circuit. Plaintiffs' Unopposed Motion and Memorandum of Law in Support of Application for Attorneys' Fees, Costs, and Service Awards for Representative Plaintiffs is hereby **GRANTED** and the requested service awards for Representative Plaintiffs in the amount of $2,500 are approved.

For the reasons discussed above, the Court finds that the requested service awards for Settlement Class Representatives are appropriate, and that the requested award of attorneys' fees and costs is reasonable based on both a percentage-of-the-fund and lodestar basis.

**IT IS SO ORDERED.**

DATED: \_\_\_\_\_, 2024

_____
HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE